IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID D'AMICO, Reg. No. 58139-037, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO.: 2:18-CV-1070-WHA |
| | ) |
| WARDEN WALTER WOODS, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on January 10, 2019 (Doc. #2). There being no timely objection filed to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2241 petition for habeas corpus relief filed herein is DENIED.

3. This civil action is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 4th day of February, 2019.

                /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE