IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID D'AMICO, Reg. No. 58139-037, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO.: 2:18-CV-1070-WHA |
| | ) |
| WARDEN WALTER WOODS, | ) |
| | ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, Final Judgment is entered in favor of the Respondent and against the Petitioner and this case is DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of February, 2019.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE